UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6050

21 U.S.C. § 841 CR-ZLOCH
18 U.S.C. § 924(c)
18 U.S.C. § 2   MAGISTRATE JUDGE
                SELTZER

FILED by _____ D.C.
MAR 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,          )
                                    )
              Plaintiff,            )
                                    )
vs.                                 )
                                    )
CASEY JACKSON,                      )
                                    )
              Defendant.            )
_____ )

### INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about October 21, 1999, in Broward County, in the Southern District of Florida, the defendant,

**CASEY JACKSON,**

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine containing cocaine base, commonly known as "crack" cocaine; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.



## COUNT II

On or about October 21, 1999, in Broward County, in the Southern District of Florida, the defendant,

**CASEY JACKSON**,

did knowingly carry during and in relation to a drug trafficking offense, and did knowingly possess in furtherance of a drug trafficking offense, a firearm, that is, a Model GT .380 caliber semi-automatic handgun; said drug trafficking offense being a felony prosecutable in a court of the United States, that is, a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count I of this Indictment; all in violation of Title 18, United States Code, Section 924(c).

A TRUE BILL:

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA        CASE NO. _____

v.                              **CERTIFICATE OF TRIAL ATTORNEY***

CASEY JACKSON                   **Superseding Case Information**:

**Court Division**: (Select One)    New Defendant(s)        ___ Yes ___ No
                                    Number of New Defendants  ___
___ Miami      ___ Key West        Total number of counts    ___
_X_ FTL        ___ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    __NO__
   List language and/or dialect   _____

4. This case will take   _2-3_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                (Check only one)

   I     0 to 5 days        _X_      Petty       ___
   II    6 to 10 days       ___      Minor       ___
   III   11 to 20 days      ___      Misdem.     ___
   IV    21 to 60 days      ___      Felony      _X_
   V     61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No)   _NO_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?   (Yes or No)   __NO__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of   __2/11/00__
   Defendant(s) in state custody as of     _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   __No__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?
   ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

                                    _____
                                    KATHLEEN RICE
                                    ASSISTANT UNITED STATES ATTORNEY
                                    Florida Bar No. 100765

*Penalty Sheet(s) attached                                              REV.4/7/99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

**Defendant's Name** CASEY JACKSON         **Case No.** _____

Count #: 1

POSSESSION OF COCAINE BASE WITH INTENT TO DISTRIBUTE IT

21 U.S.C. § 841(a)(1)

**Max. Penalty:**   10 MANDATORY MINIMUM TO LIFE IMPRISONMENT; $4,000,000 FINE

Count #: 2

CARRYING A FIREARM DURING AND IN RELATION TO A DRUG TRAFFICKING CRIME

18 U.S.C. § 924(c)

**Max. Penalty:**   5 YEARS' MANDATORY MINIMUM TO BE CONSECUTIVE TO SENTENCE IMPOSED ON COUNT 1; $250,000 FINE

Count #.

**Max. Penalty:**

Count #:

**Max. Penalty:**

Count #:

**Max. Penalty:**

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.