# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

UNITED STATES OF AMERICA

V.

CASEY JACKSON

## WARRANT FOR ARREST

CASE NUMBER: 00-6050-CR-ZLOCH

MAGISTRATE JUDGE SELTZER

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __CASEY JACKSON__

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment | | | Information | | | Complaint | | | Order of court | | | Violation Notice | | | Probation Violation Petition

charging him or her with (brief description of offense)

POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE; AND CARRYING A FIREARM DURING AND IN RELATION TO A FEDERAL DRUG TRAFFICKING CRIME

in violation of Title __21__ United States Code, Section(s) __841(a)(1); 18 U.S.C. § 924(c)__

**Clarence Maddox**
of Issuing Officer

_Issuing Officer_

Bail fixed at $ _Pretrial Detention requested_

**Court Administrator/Clerk of the Court**
Title of Issuing Officer

3/02/00 at Fort Lauderdale, Florida
Date and Location

LURANA S. SNOW
by __CHIEF MAGISTRATE JUDGE__
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: __LUIGI BATTISTINI__

