FILED by __ D.C.
MAR 23 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 29658-004

UNITED STATES OF AMERICA )
          Plaintiff ) Case Number: CR 00-6050-CR-ZLOCH
                               ) REPORT COMMENCING CRIMINAL
-vs-                        ) ACTION

CASEY CHVON JACKSON )
          Defendant

*****************************************

TO: Clerk's Office   MIAMI  (FT. LAUDERDALE)  W. PALM BEACH
    U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE

*****************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: _____ am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: WEAPON / PWID

(4) U.S. Citizen [X] Yes [ ] No [ ] Unknown

(5) Date of Birth: 12-15-70

(6) Type of Charging Document: (check one)
[X] Indictment [ ] Complaint To be filed/Already filed
Case# 00-6050-CR-ZLOCH

[ ] Bench Warrant for Failure to Appear
[ ] Probation Violation Warrant
[ ] Parole Violation Warrant

Originating District: SD/FL

COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [ ] NO

Amount of Bond: $
Who set Bond:

(7) Remarks:

(8) Date: 3-22-00  (9) Arresting Officer: ALAN LATOUR

(10) Agency: ATF     (11) Phone:

(12) Comments:

3