# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

CASEY JACKSON

## WARRANT FOR ARREST

CASE NUMBER: 00-6050-CR-ZLOCH

TO: The United States Marshal
and any Authorized United States Officer

MAGISTRATE JUDGE SELTZER

YOU ARE HEREBY COMMANDED to arrest CASEY JACKSON

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment  | | Information  | | Complaint  | | Order of court  | | Violation Notice  | | Probation Violation Petition

charging him or her with (brief description of offense)

POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE; AND CARRYING A FIREARM DURING AND IN RELATION TO A FEDERAL DRUG TRAFFICKING CRIME

in violation of Title 21 United States Code, Section(s) 841(a)(1); 18 U.S.C. § 924(c)

Clarence Maddox
of Issuing Officer

Court Administrator/Clerk of the Court
Title of Issuing Officer

Issuing Officer

3/02/00 at Fort Lauderdale, Florida
Date and Location

Bail fixed at $ Pretrial Detention Requested

by LURANA S. SNOW, CHIEF MAGISTRATE JUDGE
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at
**Picked up from FDC, Miami**

| DATE RECEIVED 3/2/2000 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3/14/2000 | James A. Tassone, US Marshal  FOR: ATF | Fred Depompa, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____ LUIGI BATTISTINI