UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6050-CR-ZLOCH

FILED by _____ D.C.
MAR 23 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

vs

CASEY JACKSON

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MARCH 23, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address: CUSTODY

                     Telephone: _____

DEFENSE COUNSEL:     Name: Arthur Marchetta

                     Address: _____

                     Telephone: _____

BOND SET/CONTINUED:  $ _____

Bond hearing held: yes_____ no_X_  Bond hearing set for March 30, 2000 @ 11:00 a.m.

Dated this __23RD__ day of __MARCH__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: Amy Jorden
Deputy Clerk

Tape No. 00-017

cc: Copy for Judge
    U. S. Attorney