## COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE LURANA S. SNOW - FT. LAUDERDALE, FLORIDA

FILED by ___ D.C.
MAR 23 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

DEFT: CASEY JACKSON (writ)   CASE NO: 00-6050-CR-ZLOCH
AUSA: KATHLEEN RICE by Terry _____   Arthur Marchetta
AGENT: _____   VIOL: 21:841; 18:924
PROCEEDING I/A ON INDICTMENT   RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no   COUNSEL APPOINTED _____
___ BOND SET @ _____
___ SPECIAL CONDITIONS: _____
1) To be cosigned by: _____
2) Rpt to PTS  x's a wk/month by phone;  x's a wk/month in person
3) Travel extended to: _____

- Reading of indictment.
- Not Guilty Plea entered.
- Jury Trial demanded.
- Standing discovery order entered.

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL: 3/30/00 @ 11:00 a.m.
                         PTD/BOND HRG: 3/30/00 @ 11:00 a.m.
                         PRELIM/ARRAIGN:
                         REMOVAL HRG:
                         STATUS CONF: April 7, 2000 @ 11:00 a.m.

Date: 3/23/00   Time 11:00   FTL/LSS TAPE #00- 017   Begin: 78   End: 90