UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,               CASE NO. 00-6050-CR-ZLOCH

    Plaintiff,                          MAGISTRATE JUDGE SELTZER

vs.

CASEY JACKSON,

    Defendant.
_____/

### NOTICE OF APPEARANCE

YOU WILL PLEASE enter my appearance as attorney of record for the Defendant in the above-styled cause.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail/hand delivery this 7th day of MARCH, 2000, to: Kathleen Rice, Office of the U.S. Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394-3002.

                              **MAIER AND MARCHETTA**
                              Attorneys for Defendant
                              915 Middle River Drive
                              Suite 401
                              Fort Lauderdale, FL 33304
                              (954) 566-9889

By: _____
       ARTHUR E. MARCHETTA, JR.
       Florida Bar #607479

F:\WORK\CLIENTS.CR\JACKSON.CAS\NTCAPP.WPD