UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6050-CR-ZLOCH

UNITED STATES OF AMERICA

vs

CASEY JACKSON

ARRAIGNMENT INFORMATION SHEET

*FILED by ___ D.C. MAR 30 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MARCH 30, 2000  , where the Defendant was arraigned and a plea of NOT GUILTY was entered.  Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case.  The following information is current as of this date:

DEFENDANT:             Address:  CUSTODY

                       Telephone: _____

DEFENSE COUNSEL:       Name:    ARTHUR MARCHETTA, ESQ.

                       Address: _____

                       Telephone: _____

BOND SET/CONTINUED:    $ 100,000 CSB w/NEBBIA

Bond hearing held:  yes_____   no  X   BOND hearing set for_____

Dated this  30TH   day of   MARCH        ,2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: *[signature]*
Deputy Clerk

Tape No.  00-017

cc: Copy for Judge
    U. S. Attorney