## COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** – FT. LAUDERDALE, FLORIDA

DEFT: CASEY JACKSON (J)          CASE NO:    00-6050-CR-ZLOCH

AUSA: KATHLEEN RICE /Bardfeld    ATTY:    ARTHUR MARCHETTA (R)

AGENT:                           VIOL:

PROCEEDING INQ RE CNSL/PTD/ARRAIGN RECOMMENDED BOND

BOND HEARING HELD – yes/(no)          COUNSEL APPOINTED

BOND SET @ 100,000 CSB w/Nebbia

FILED by ___ D.C.
MAR 3 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person

3) Travel extended to:

*gov't reserves the right to request PTD should dft seek to post or reduce the bond.*

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:

PTD/BOND HRG:

PRELIM/ARRAIGN:

REMOVAL HRG:

STATUS CONF:    4-17    11    BSS

Date: 3-30-00    Time 11:00    FTL/LSS TAPE #00- 018    Begin: 416    End: 509


14