COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER
FORT LAUDERDALE

DEFT: Casey Jackson (no deft needed)   CASE NO: 00-6050-CR-Zloch
AUSA: Kathleen Rice /Rosenbaum/   ATTNY: Arthur Marchetta /present/
AGENT: _____   VIOL: _____
PROCEEDING: Status Conference   BOND REC: _____
BOND HEARING HELD - yes/no   COUNSEL APPOINTED: _____

FILED by ___ D.C.
APR 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

___ BOND SET @ _____
CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
(2) ___ Halfway House _____
___ Electronic Monitoring _____

Discovery out
1 - may file mot.
to suppress -
15 days
(Monday May 15)

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____

DATE: 4-17-00   TIME: 11:00am   TAPE # 00-029 676-733   PG # 4

18