UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6050-CR-ZLOCH

UNITED STATES OF AMERICA,

VS.

CASEY JACKSON,

        Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on April 17, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter will require two days to try. The Government's case-in-chief will not entail any tapes.

2. Defense counsel stated that he will be filing a motion to suppress. He was granted until and including May 1, 2000 to file his pretrial motions.

DATED at Fort Lauderdale, Florida this _____ day of April 2000.

                                  BARRY S. SELTZER
                                  United States Magistrate Judge

1

Copies to:

Honorable William J. Zloch
United States District Judge

Kathleen Rice, Esquire
Assistant United States Attorney

Arthur Marchetta, Esquire
915 Middle River Drive, Suite 401
Fort Lauderdale, Florida 33304-3560

Attorney for Defendant