-cr-06050-WJZ    Document 20    Entered on FLSD Docket 05/16/2000    P

NIGHT BOX
FILED
MAY 9 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,          CASE NO. 00-6050-CR-ZLOCH

    Plaintiff,                    MAGISTRATE JUDGE SELTZER

vs.

CASEY JACKSON,

    Defendant.
_____/

## UNOPPOSED
## MOTION TO CONTINUE

COMES NOW the Defendant, CASEY JACKSON, by and through the undersigned counsel, and moves this Honorable Court for a continuance. As grounds the Defendant states the following:

1. The Defendant has been charged, via indictment, with one count of Possession with Intent to Distribute Cocaine and one count of Knowingly Carrying a Firearm in Relation to a Drug Trafficking Offense.

2. On March 30, 2000, the undersigned filed his Notice of Appearance.

3. At present, a calendar call and trial is scheduled for May 19, 2000, and May 22, 2000, respectfully.

4. May 22, 2000, is the first scheduled trial date.

5. A continuance of the trial in the above-styled matter is needed for the following reasons:

    a. Additional time is needed to complete discovery. Upon information and belief, the case will hinge on the credibility of the witnesses. Consequently, the undersigned is in the process of locating defense witnesses that can support the Defendant's version of events. In addition, the Defendant's investigator is in the process of locating exhibits, documents and records that may be able to disassociate the

Defendant with the location in which the narcotics and firearm were allegedly found. Specifically, the undersigned is seeking lease agreements and information from local utilities. In turn, the Defendant needs additional time to subpoena the requisite records custodians.

     b.   The undersigned represents Edward Dany in <u>United States of America vs. Charles Llwelyn, et al.</u>, Case No. 00-6022-CR. At present, the trial has been <u>tentatively</u> scheduled to start on May 22, 2000, before the Honorable Daniel T.K. Hurley. However, the case should be called for trial before the Honorable Judge Middlebrooks on May 11, 2000. The trial is expected to last between five to six days, at most.

6.   Assistant United States Attorney Kathleen Rice does not have an objection to the motion.

7.   This motion is being made in good faith and not for purposes of delay.

WHEREFORE, the Defendant, requests this Honorable Court to grant this motion for continuance.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail/hand delivery this _9_ day of _MAY_, 2000, to: Kathleen Rice, Office of the U.S. Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394-3002.

                          **MAIER AND MARCHETTA**
                          Attorneys for Defendant
                          915 Middle River Drive
                          Suite 401
                          Fort Lauderdale, FL 33304
                          (954) 566-9889

By: _____
      ARTHUR E. MARCHETTA, JR.
      Florida Bar #607479