UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6050-CR-ZLOCH/SELTZER



| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| CASEY JACKSON, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## GOVERNMENT'S SPEEDY TRIAL REPORT

The United States of America, by and through the undersigned Assistant United States Attorney, hereby submits its Speedy Trial Report pursuant to Local Rule 88.5.

1. The Speedy Trial Act, Section 3161(c)(1), mandates that the trial of a federal indictment must occur within seventy (70) days from the filing and making public of the indictment, or from the date of a defendant's initial appearance on the charges, whichever last occurs.

2. The defendant, Casey Jackson, was arraigned on the indictment on March 30, 2000. Therefore, the speedy trial clock was triggered on that date.

3. On May 9, 2000, the defendant filed an unopposed motion for continuance of trial. This motion remains pending before the Court. The United States submits that the date from the filing of the motion through the date of the disposition of said motion are excludable pursuant to Title 18,



United States Code, Section 3161(h)(1).

Based upon the foregoing, the United States submits that the speedy trial clock is presently tolled with thirty-eight days of non-excludable time having elapsed, and thirty-two days remaining.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____

KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 100765
500 East Broward Blvd, 7th Floor
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255, ext. 3512
Facsimile: (954) 356-7336

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered by United States mail this ___ day of May, 2000, to: Arthur Marchetta, Esquire, 1435 South Miami Avenue, Miami, Florida 33130.

_____

KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY

2