UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

MAY 1 9 2000

CASE NUMBER 00 - 6050 - CR - Zloch    DATE 5 - 19 - 00

CLERK Carlene Newby    REPORTER Carl Schanzleh

PROBATION _____    INTERPRETER _____

UNITED STATES OF AMERICA V. Casey Jackson

U. S. ATTORNEY Bertha Mitrani    DEFT COUNSEL Arthur Marchetta
Sara Rice

DEFENDANT:    PRESENT    NOT PRESENT    ON BOND    IN CUSTODY

REASON FOR HEARING Calendar Call

RESULT OF HEARING Defts mtn for continuance granted - all time excludable

JUDGMENT _____

CASE CONTINUED TO _____    TIME _____    FOR _____

MISC _____