UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6027-CR-ZLOCH
50

MAY 2 2 2000

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**ORDER GRANTING CONTINUANCE**
**AND RESETTING TRIAL**

CASEY JACKSON,

    Defendant.
_____/

THIS MATTER is before the Court for Calendar Call on May 19, 2000 and upon the Defendant, Casey Jackson's, Unopposed Motion To Continue, bearing Certificate of Service dated May 9, 2000, and based upon the need of counsel for Defendant for additional time within which to prepare to properly defend this matter. The Court has carefully reviewed said Motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Defendant, Casey Jackson's, Unopposed Motion To Continue be and the same is hereby **GRANTED**. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a Speedy Trial.

**IT IS FURTHER ORDERED AND ADJUDGED** that the above-styled cause

is hereby removed from the trial calendar of May 22, 2000 and is hereby reset for the two-week trial calendar commencing on Monday, July 17, 2000, at 9:30 a.m., in Courtroom A, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida. Calendar Call is hereby set for Friday, July 14, 2000, at 9:00 a.m. in Courtroom A, United States Courthouse, Fort Lauderdale, Florida.

**Any Motions For Continuance must be filed fourteen (14) days prior to Calendar Call.**

The Court further finds that the delay resulting from the date of this continuance, May 9, 2000, through and including July 17, 2000, the date set for trial, or the date the trial commences, whichever is later, shall be deemed excludable time under Title 18, United States Code, § 3161(h)(8).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _22nd_ day of May, 2000.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

Kathleen Rice, Esq., AUSA
Arthur E. Marchetta, Jr., Esq.

2

For Defendant Jackson