UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,   CASE NO. 00-6050-CR-ZLOCH

    Plaintiff,   MAGISTRATE JUDGE SELTZER

vs.

CASEY JACKSON,

    Defendant.
_____/

FILED by _____ D.C.
JUL 1 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### UNOPPOSED MOTION TO CONTINUE

COMES NOW the Defendant, CASEY JACKSON, by and through his undersigned counsel, and moves this Honorable Court for a continuance. As grounds the Defendant states the following:

1.    The Defendant has been charged, via indictment, with one count of Possession with Intent to Distribute Cocaine and one count of Knowingly Carrying a Firearm in Relation to a Drug Trafficking Offense.

2.    On March 30, 2000, the undersigned filed his Notice of Appearance.

3.    At present, a calendar call and trial is scheduled for July 14, 2000, and July 17, 2000, respectfully.

4.    A continuance of the trial in the above-styled matter is needed for the following reason:

    a.    Both the United States and Defense were under the impression that the Defendant was housed in the Federal Detention Center, located in Miami, Florida. However, on July 10, 2000, the undersigned learned Casey Jackson had been <u>inadvertently</u> transferred to a Federal Prison in South Carolina. Consequently, additional time is needed to secure the Defendant's presence in the Southern District of Florida. Once the Defendant arrives in the Southern District of Florida, the

24

undersigned will discuss a resolution, via a plea, with the Defendant, and/or prepare the matter for trial.

5. Assistant United States Attorney Kathleen Rice does not have an objection to the motion.

6. This motion is being made in good faith and not for purposes of delay.

WHEREFORE, the Defendant, requests this Honorable Court to grant this motion for continuance.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail/hand delivery this 12th day of July, 2000, to: Kathleen Rice, Office of the U.S. Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394-3002.

**MAIER AND MARCHETTA**
Attorneys for Defendant
915 Middle River Drive
Suite 401
Fort Lauderdale, FL 33304
(954) 566-9889

By: _____
ARTHUR W. MARCHETTA, JR.
Florida Bar #607479