# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# HONORABLE WILLIAM J. ZLOCH
# CRIMINAL MINUTES

FILED by _____ D.C.
JUL 14 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**CASE NUMBER** 00-6050-CR-Zloch  **DATE** 7-14-00

**CLERK** Cathine Newky    **REPORTER** Carl Schanzleh

**PROBATION** _____    **INTERPRETER** _____

UNITED STATES OF AMERICA v. Casey Jackson

**U.S. ATTORNEY** Kathleen Rice    **DEFT COUNSEL** Arthur Marchetta

**DEFENDANT:** PRESENT  NOT PRESENT  ON BOND  IN CUSTODY

**REASON FOR HEARING** Calendar Call

**RESULT OF HEARING** Deft's mtn for Continuance granted - all time excludable

**JUDGMENT**

**CASE CONTINUED TO** _____  **TIME** _____  **FOR** _____

**MISC** 1 1/2 days custody

