UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6050-CR-ZLOCH(s)

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
18 U.S.C. § 924(c)
18 U.S.C. § 2

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
vs.                             )
                                )
CASEY JACKSON,                  )
                                )
            Defendant.          )
_____)



### SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about October 21, 1999, in Broward County, in the
Southern District of Florida, the defendant,

**CASEY JACKSON**,

did knowingly and intentionally possess with intent to distribute
in excess of 50 grams of a Schedule II controlled substance, that
is, a mixture and substance containing a detectable amount of
cocaine containing cocaine base, commonly known as "crack"
cocaine; in violation of Title 21, United States Code, Sections



841(a)(1), (b)(1)(A) and Title 18, United States Code, Section 2.

## COUNT II

On or about October 21, 1999, in Broward County, in the Southern District of Florida, the defendant,

### CASEY JACKSON,

did knowingly carry during and in relation to a drug trafficking offense, and did knowingly possess in furtherance of a drug trafficking offense, a firearm, that is, a Model GT .380 caliber semi-automatic handgun; said drug trafficking offense being a felony prosecutable in a court of the United States, that is, a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count I of this Indictment; all in violation of Title 18, United States Code, Section 924(c).

A TRUE BILL:

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY

2

| UNITED STATES OF AMERICA | CASE NO. _____00-6050-CR-ZLOCH(s)_____ |
|---|---|

v.                                          **CERTIFICATE OF TRIAL ATTORNEY\***

<u>CASEY JACKSON</u>                    **Superseding Case Information**:

**Court Division**: (Select One)

New Defendant(s)        Yes ____   No _X_
Number of New Defendants   ____
Total number of counts        _2_

____ Miami   ____ Key West
_X_ FTL    ____ WPB ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:      (Yes or No) no_____
   List language and/or dialect _____

4. This case will take  _2-3_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I     0 to 5 days      _X_      Petty      ____
   II    6 to 10 days     ____     Minor      ____
   III   11 to 20 days    ____     Misdem.    ____
   IV    21 to 60 days    ____     Felony     _X_
   V     61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No) _No
   If yes:
   Judge: _____        Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) no_____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _2/11/00_____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____        District of _____

   Is this a potential death penalty case? (Yes or No) _____No_____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? __ Yes _X_ No   If yes, was it pending in the Central Region? __ Yes __ No

8. Did this case originate in the Narcotics Section, Miami? __ Yes _X_ No

_____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 100765

\*Penalty Sheet(s) attached                                    REV.6/27/00

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

## PENALTY SHEET

Defendant's Name CASEY JACKSON          Case No. ____00-6050-CR-ZLOCH(s)____

==================================          =============================================

Count #: 1

POSSESSION OF IN EXCESS OF FIFTY GRAMS OF COCAINE BASE WITH INTENT TO DISTRIBUTE IT

21 U.S.C. § 841(a)(1), (b)(1)(A)

**Max. Penalty:**          10 YEARS 'MANDATORY MINIMUM TO LIFE IMPRISONMENT; $4,000,000 FINE

================================================================================
Count #: 2

CARRYING A FIREARM DURING AND IN RELATION TO A DRUG TRAFFICKING CRIME

18 U.S.C. § 924(c)

**Max. Penalty:**          5 YEARS' MANDATORY MINIMUM TO BE CONSECUTIVE TO SENTENCE
                           IMPOSED ON COUNT 1; $250,000 FINE
================================================================================
Count #.

_____

_____

**Max. Penalty:**
================================================================================
Count #:

_____

_____

**Max. Penalty:**
================================================================================
Count #:

_____

_____

**Max. Penalty:**
================================================================================

================================================================================

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.