

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6050-CR-Zloch (s)

UNITED STATES OF AMERICA

vs

Casey Jackson                          ARRAIGNMENT INFORMATION SHEET


The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on     8-8-00     , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court×appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case.  The following information is current as of this date:

DEFENDANT:              Address:_____ In Custody _____

                        _____

                        Telephone:_____

DEFENSE COUNSEL:        Name:_____ Arthur Marchetta _____

                        Address:_____

                        _____

                        Telephone:_____

BOND SET/CONTINUED:     $_____ Cont'd in custody _____

Bond hearing held:  yes_____  no____  Bond hearing set for_____

Dated this___8___day of _____August_____, 20_00_.

                        CLARENCE MADDOX, CLERK OF THE COURT,

                        By:_____
                                Deputy Clerk

                        Tape No.___00-064_____

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services