| | | | |
|---|---|---|---|
| DEFT: | Casey Jackson (J)# | CASE NO: | 00-6050-CR-Zloch (s) |
| AUSA: | Kathleen Rice /Chase | ATTNY: | Arthur Marchetta |
| AGENT: | | VIOL: | present |
| PROCEEDING: | Arraignment on SS Indictment | BOND REC: | |
| BOND HEARING HELD - yes/no | | COUNSEL APPOINTED: | |

FILED by ___ D.C.
AUG 8 2000

BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services; Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE: ___ DATE: ___ TIME: ___ JUDGE: ___
INQUIRY RE COUNSEL: ___
PID/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: N/A

DATE: 8-8-00    TIME: 11:00am    TAPE # 00-064 PG # 3

2969-3060
31