FILED by ___ D.C.
AUG 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6050-CR-Zloch DATE 8-11-00

CLERK Carlone Newby   REPORTER Carl Schenzley

PROBATION _____   INTERPRETER _____

UNITED STATES OF AMERICA v. Casey Jackson

U. S. ATTORNEY Kathleen Rice   DEFT COUNSEL Arthur Marchetta

DEFENDANT: PRESENT ___ NOT PRESENT ___ ON BOND ___ IN CUSTODY ___

REASON FOR HEARING Calendar Call

RESULT OF HEARING Ready - Backup to Bahsoon
Jury Selection 8-21 @ 9:45

JUDGMENT _____

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC Jail