UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.

AUG 2 4 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER __00-6050-CR-Zloch__ DATE _8-24-00_

CLERK _Carlye Newley_          REPORTER _Carl Schanzleh_

PROBATION                      INTERPRETER

UNITED STATES OF AMERICA V. _Casey Jackson_

U. S. ATTORNEY _Kathleen Rice_ DEFT COUNSEL _Arthur Marchetta_

DEFENDANT: PRESENT    NOT PRESENT    ON BOND    IN CUSTODY

REASON FOR HEARING _Change of Plea to Ct 2_

RESULT OF HEARING _Deft entered a plea of guilty to Count 2_

JUDGMENT _Court accepted plead adjudged deft guilty to Count 2_

CASE CONTINUED TO _11-6-00_ TIME _1:30 PM_ FOR _Sentencing_

MISC _Written Plea Agreement_