UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASEY C. JACKSON,            CASE NO: 00-6050-CR-ZLOCK
    Petitioner,
Vs.
UNITED STATES OF AMERICA,
    Respondent._____/

## "PETITION FOR PERMISSION FOR INCARCERATED DEFENDANT TO MARRY"

The petition of Case C. Jackson, pro-se', respectfully asserts the following:

1. The petitioner, Casey C. Jackson, is a citizen of the United States of America, and a resident of Ft. Lauderdale, Florida. He is presently incarcerated at the Federal Detention Center Miami in the Southern District of Florida.

2. The petitioner fiance, Anne Marie McFadden, is a citizen of the United States of America and also reside in Ft. Lauderdale, Florida.

3. A marriage license for the Marriage of your petitioner's will be procured from the County Clerks office in the City of Miami, Florida, upon the signing of this Honorable Court's Order.

4. Upon the normal issuance of the License, petitioner will be informed that their proposed marriage cannot be Solemnized until Seventy (72) two hours after the issuance of the License.

5. The policies of the Federal Detention Center Miami, a petitioner must obtain a Court Order authorizing the defendant permission to marry, all other requirement's have been met by the petitioner.

6. Plans have been made for the Marriage to take place immediately upon the signing of this Honorable Court's Order and such inconvenience may be caused to both parties herein by any delay.

7. Both parties are of sound mind and health and there is no conceivable objection to their marriage.

8. No previous application for the relief herein sought for has been made to this Court or to any other Court or judge thereof.

**WHEREFORE,** petitioner ask this Honorable Court for an Order authorizing the solemnizing of the comtemplated marriage between them and dispensing with the requirement of the State of Florida as to the waiting period, and for such other and further relief that this Honorable Court deems just and proper.

Respectfully submitted,

Casey C. Jackson, Pro Se'