UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6050-CR-ZLOCH

FILED by _____ D.C.

SEP 27 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

　　　　Plaintiff,

vs.                                **O R D E R**

CASEY C. JACKSON,

　　　　Defendant.
_____/

　　　　THIS MATTER is before the Court upon the Defendant, Casey C. Jackson's, Petition For Permission For Incarcerated Defendant To Marry, bearing file stamp of the Clerk of this Court dated September 21, 2000. There is no statutory requirement for the Defendant to obtain the prior permission of this Court to marry. Therefore, there being no statutory authority for this Court to grant or deny a request for an individual to marry, this Court is without jurisdiction to consider the Defendant's request.

　　　　Accordingly, after due consideration, it is

　　　　**ORDERED AND ADJUDGED** that the Defendant, Casey C. Jackson's, Petition For Permission For Incarcerated Defendant To Marry be and the same is hereby **DISMISSED** for lack of jurisdiction

of this Court to consider same.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _27th_ day of September, 2000.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

Kathleen B. Rice, Esq., AUSA

Casey C. Jackson, Pro Se
Reg. No. 29658-004
FDC Miami
33 N.E. Fourth Street
Miami, FL 33128