UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
NOV 0 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S/D OF FLA. FT. LAUD.

CASE NUMBER 00-6050-CR-Zloch  DATE 10-6-00
CLERK Carline Newley    REPORTER Carl Schenzler
PROBATION Frank Smith    INTERPRETER _____

UNITED STATES OF AMERICA v. Casey Jackson

U. S. ATTORNEY Kathleen Rice   DEFT COUNSEL Arthur Marchetta

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING  Sentencing

RESULT OF HEARING  Ct. 2 - 60 months custody of BOP - 3 yrs Supervised Release - $100 assessment - To be served consecutively to 92-6170-Cr-Gonzalez
JUDGMENT  Spec Cond - Participate in Drug/Alcohol Abuse Program -

CASE CONTINUED TO _____   TIME _____   FOR _____

MISC _____

38