PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 35812

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6050-CR-ZLOCH



FILED by _____ D.C.

MAY 0 4 2006

CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. FT. LAUD.

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Casey Jackson

Name of Sentencing Judicial Officer: The Honorable William J. Zloch, Chief Judge, U.S. District Court, Fort Lauderdale, Florida

Date of Original Sentence: November 06, 2000

Original Offense: Count Two: Possession of a firearm in furtherance of a drug trafficking offense, in violation of Title 18 U.S.C. § 924 (c), a Class A felony.

Original Sentence: Sixty (60) months custody of the Bureau of Prisons to run consecutive to the term of imprisonment imposed in Case No. 92-6170-CR-GONZALEZ, to be followed by three (3) years supervised release, with the following special condition: Participate in an approved treatment program for drug and /or alcohol abuse as directed by the U.S. Probation Officer. Participation may include inpatient/outpatient treatment if deemed necessary. The defendant will contribute to the costs of services rendered (co-payment) in an amount determined by the probation office, based on ability to pay or availability of third party payment. He was assessed $100.

Type of Supervision: Supervised Release          Date Supervision Commenced: December16, 2005

## PETITIONING THE COURT

[]   To extend the term of supervision for __ years, for a total term of __ years.  
[X]  To modify the conditions of supervision as follows:

The defendant shall participate in the Home Detention Electronic Program for a period of 90 days. During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance, and provide the U.S. Probation Officer with requested documentation. The defendant shall maintain a telephone at his place of residence without 'call forwarding,' 'call waiting,' a modem, 'caller ID,' or 'call back/call block' services for the above period. The defendant shall wear an electronic monitoring device and follow the electronic monitoring procedures as instructed by the U.S. Probation Officer. The defendant shall pay for the electronic monitoring equipment at the prevailing rate or in accordance with ability to pay.

PROB 12B  SD/FL PACTS No. 35812
(SD/FL 9/96

**NAME OF OFFENDER: CASEY JACKSON**          **CASE NO. 00-6050-CR-ZLOCH**

## CAUSE

1. **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On or about January 23, 2006, the defendant submitted a urine specimen which tested positive for the presence of cannabinoid in our local laboratory; and subsequently was confirmed positive by Scientific Testing Laboratories Incorporated.

2. **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On or about April 3, 2006, the defendant submitted a urine specimen which tested positive for the presence of cannabinoid in our local laboratory; and subsequently was confirmed positive by Scientific Testing Laboratories Incorporated.

The court imposed a Special Condition ordering Mr. Jackson to complete a drug/alcohol abuse assessment, and to follow up with any prescribed treatment. On January 28, 2006, Mr. Jackson completed his drug treatment assessment at Compass. It was determined at that time that based on his drug and alcohol abuse history, and a positive urine test on January 23, 2006, which was previously reported to the court, that he could benefit from attending a weekly group counseling session, and a monthly individual counseling session.

Mr. Jackson has been attending his prescribed treatment sessions as directed. However, on April 3, 2006, Mr. Jackson submitted a second urine sample which also tested positive for the presence of cannabinoid. The U.S. Probation Officer confronted Mr. Jackson on April 27, 2006. He admitted to using marijuana on two separate occasions since his release from incarceration.

Based on Mr. Jackson's second use of marijuana since his release from incarceration, it is the recommendation of the U.S. Probation Office that as a sanction for his continued drug use Mr. Jackson be placed on Electronic Monitoring for a term of 90 days. This sanction will be punitive in nature, and will also afford Mr. Jackson the opportunity to continue with his ongoing drug treatment program. Mr. Jackson concurs with the proposed modification, and has in fact signed a Waiver of Hearing which is attached.

For information purposes Mr. Jackson is gainfully employed in the house keeping department at a Holiday Inn in Pompano Beach.

Should Your Honor concur with the recommendation of the U.S. Probation Office, please make the appropriate notation below. If further information is required please contact the undersigned.

Respectfully submitted,

by

Steven G. Aasterud
U.S. Probation Officer
Phone: (954) 769-5507
Date: May 01, 2006

PROB 12B  SD/FL PACTS No. 35812
(SD/FL 9/96
**NAME OF OFFENDER: CASEY JACKSON**          **CASE NO. 00-6050-CR-ZLOCH**

SGA/dee

Reviewed and Approved by: _Carolyn M. Gamble_
Carolyn M. Gamble, Supervising
U.S. Probation Officer

---

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Submit a Request for _ Warrant or _ Summons

_____
Signature of Judicial Officer

5/4/06
_____
Date